# DISTRICT COURT OF CALIFORNIA
# IN THE CENTRAL DISTRICT

JACKY L. CHU,

        Plaintiff,

vs.

ARMGUARD CORPORATION, a corporation; and DOES 1 to 10, inclusive,

        Defendant(s).

**Case No.: 2:15-cv-08801-JAK-AJW**

**JUDGMENT**

**JS-6**

## JUDGMENT

PURSUANT TO THIS COURTS ORDER, Judgment is entered against Defendant Armguard Corporation, **in favor of Plaintiff Jacky L. Chu.** The Court awards Plaintiff **Jacky L. Chu** $1,500 in statutory damages, $350.00 in attorney's fees and $455.00 in costs.

DATED: June 30, 2016      _____

                                             Honorable John A. Kronstadt
                                             United States District Judge